FILED

09/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0349

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0349

SESSEL SAGORIN, as successor to
interest to YELLOWSTONE LODGING, LLC,

Plaintiff and Appellant,

v.

SUNRISE HEATING AND COOLING, LLC,
EXCELLENCE HEATING & COOLING, LLC,
BRIAN MEDRAIN, ZACK NELSON, DAIKIN
NORTH AMERICA, LLC, DAKIN APPLIED
AMERICAS, INC., THERMAL SUPPLY, INC.,
LATERAL ELECTRICAL SERVICES, INC,
AMERICAN EXPRESS COMPANY, LESLIE
JONGBERG III, d/b/a MONTANA MOBILE
MOUNTAIN COOLING SERVICES, DOUG'S
CONSTR. AND REPAIR, INC., CHRIS BAKER,
JAMIE WRIGHT, TRAVIS JORDAN, SCOTT
PHELAN, ESQUIRE INTERMOUNTAIN LAW,
LLC, and DODD LAW FIRM, P.C.,

Defendants and Appellees.

FILED

SEP 2 8 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

This Court issued an order today giving Appellant Sessel Sagorin ten days to file a
new signature page for his opening brief containing Appellant's original signature, a
certificate of compliance with Appellant's original signature, and a certificate of service
with Appellant's original signature. The Order also gave the Appellant ten days to
submit an appendix containing the District Court's June 30, 2021 order on the
Defendants' Motion to Dismiss. Following the Clerk of Court's notice of entry of the
Order, Appellant e-mailed the Clerk to advise that he is out of the country and needs
additional time to submit the required signatures. Good cause appearing,

IT IS ORDERED that the Appellant shall have thirty (30) days from the date of
this Order to file the required documents with the Clerk of Court and to serve a true copy
on the Appellees.

IT IS FURTHER ORDERED that the Clerk of this Court shall file Appellant's Opening Brief upon receipt of the documents required by this Order. The times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of that filing.

The Clerk is directed to notify Appellant and all counsel or parties upon whom the Appellant's Opening Brief was served of the entry of this Order. The Clerk also shall provide each of the Appellees a copy of the referenced e-mails between Appellant and the Court Clerk.

DATED this *28* day of September, 2021.

For the Court,

By _____
                    Justice

2

Thanks for the reply. Please see the attached screenshots or the link below. That is a physical impossibility. I am in a reasonably remote part of the country of South Africa. DHL is the international courier market leader in South Africa, and they are saying 15 days to get the signed page to you, from when I get it to them. Is there any way I can get all the other documents to you within 10 days, but the signature page within 22 days, please? I still need to research how to do all this.

Sessel
406 646 1118 x 16

https://www.dhl.com/za-en/home/get-a-quote.html?share=JTdCJTlyc3BvdFNoaXBtZW50UGFnZSUyMiUzQSU3QiUyMnNlbGVjdGVkU2VnbWVudCUyMiUzQSUyMnByaXZhdGUlMjIlN0QlMkMlMjJzaGlwbWVudExhbmUlMjIlM0ElN0IlMjJzZWxlY3RlZFZFuaXRTeXN0ZWolMjllM0ElMjJtZXRyaWMlMjIlMkMlMjJpbml0aWFsU2V0JTlyJTNBJTdCJTlyaXRlbXMlMjIlM0ElNUllN0IlMjJ3ZWlnaHQlMjIlM0ElMjIwLjMlMjIlMkMlMjJoZWlnaHQlMjIlM0ElMjlxJTlyJTJDJTlybGVuZ3RoJTlyJTNBJTlyMzIlMjIlMkMlMjJ3aWR0aCUyMiUzQSUyMjI0JTlyJTJDJTlycXVhbnRpdHklMjIlM0ExJTJDJTlycHJlc2V0U2l6ZSUyMiUzQSUyMnhzJTlyJTJDJTlydW5pdFN5c3RlbSUyMiUzQSUyMm1ldHJpYyUyMiUyQyUyMnNldHRpbmdzUGFsbGV0aXplZCUyMiUzQWZhbHNlJTJDJTlyc2V0dGluZ3NOb25TdGFja2FibGUlMjllM0FmYWxzZSU3RCU1RCUyQyUyMnNldHRpbmdzRGFuZ2Vyb3VzR29vZHMlMjllM0FmYWxzZSU3RCU3RCUyQyUyMnRyYWRlTGFuZSUyMiUzQSU3QiUyMmRvY3VtZW50c09wdGlvbllhbHVlJTlyJTNBJTdCJTlycHJpdmF0ZSUyMiUzQXRydWUlMkMlMjJidXNpbmVzcyUyMiUzQWZhbHNlJTdEJTJDJTlyb3JpZ2luRGVzdGluYXRpb25GbGlwcGVkJTlyJTNBZmFsc2UlMkMlMjJpbml0aWFsU2V0JTlyJTNBJTdCJTlyZGVzdGluYXRpb25DaXR5JTlyJTNBJTlyQm96ZW1hbiUyMiUyQyUyMmRlc3RpbmF0aW9uQ2l0eWRpc3BsYXlWYWwx1ZSUyMiUzQSUyMkJvemVtYW4lMjIlMkMlMjJkZXN0aW5hdGlvbkNvdW50cnklMjllM0ElMjJVUyUyMiUyQyUyMmRlc3RpbmF0aW9uUVNlRmFsbGJhY2slMjllM0FmYWxzZSUyQyUyMmRlc3RpbmF0aW9uWmlwJTlyJTNBJTlyNTk3MTUlMjllMkMlMjJkZXN0aW5hdGlvbllppcGRpc3BsYXlWYWwx1ZSUyMiUzQSUyMjU5NzE1JTlyJTJDJTlyb3JpZ2luQ2l0eSUyMiUzQSUyMlBoYWxhYm9yd2ElMjllMkMlMjJvcmlnaW5DaXR5ZGlzcGxheVZhbHVlJTlyJTNBJTlyUGhhbGFib3J3YSUyMiUyQyUyMm9yaWdpbkNvdW50cnklMjllM0ElMjJaQSUyMiUyQyUyMm9yaWdpblZzZUZhbGxiYWNrJTlyJTNBZmFsc2UlMkMlMjJvcmlnaW5aaXAlMjllM0ElMjlxMzg5JTlyJTJDJTlyb3JpZ2luWmlwWGlzcGxheVZhbHVlJTlyJTNBJTlyMTM4OSUyMiUyQyUyMnJlY2VpdmVyQWRkcmVzc1R5cGUlMjllM0ElMjJCVVNJTkVTUyUyMiUyQyUyMnJlY2VpdmVySHlwZSUyMiUzQSUyMkNPTlNVTUVSJTlyJTJDJTlyc2VuZGVyVHlwZSUyMiUzQSUyMkNPTlNVTUVSJTlyJTdEJTdEJTJDJTlyZ2V0UXVvdGUlMjllM0ElN0IlMjJzb3J0T2ZmZXJzQnklMjllM0ElMjJvZmZlcnNTb3J0RGVsaXZlcnlGYXN0VG9TbG93JTlyJTdEJTdE [dhl.com]

On Tue, Sep 28, 2021 at 2:24 PM Webber, Brent <Brent.Webber@mt.gov> wrote:

It cannot be POA. I asked.

Brent R. Webber

Appellate Case Manager

Supreme Court Clerks Office

Helena

(406)-444-5703

**From:** Sessel Sagorin <supersess@gmail.com>
**Sent:** Tuesday, September 28, 2021 2:17 PM
**To:** Court, SCclerk <clerkofsupremecourt@mt.gov>
**Cc:** Webber, Brent <Brent.Webber@mt.gov>
**Subject:** [EXTERNAL] Re: Supreme Court No. DA 21-0349: Order

Thank you for your email. With me being out of the country for an extended period, I had given my bookkeeper a Montana power of attorney (POA) to, inter alia, sign legal documents on my behalf. Please advise whether her POA signature will suffice.

Sessel

406 646 1118 x 16

On Tue, Sep 28, 2021 at 2:10 PM <clerkofsupremecourt@mt.gov> wrote:

Attached is a filed and docketed Order - Deficiencies-Brief in Supreme Court Case No. DA 21-0349.

Sincerely,

Bowen Greenwood
Clerk of the Supreme Court